## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| Steve Streit d/b/a S & S Motors | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | Case No. 5:10cv004086-KHV-DJW |
| Snap-on Equipment, Inc. | ) | |
| | ) | |
| Defendant. | ) | |

### MOTION FOR EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S PETITION

Defendant Snap-on Equipment, Inc. files this Motion for Extension of Time in which to respond to Plaintiff's Petition. In support of its motion, Defendant states as follows:

1. Plaintiff originally filed this action in the District Court of Saline County, Kansas on June 17, 2010.

2. On July 13, 2010 Snap-on Equipment, Inc. filed a Clerk's extension extending the answer date until Tuesday, July 27, 2010.

3. On Thursday, July 22, 2010 Plaintiff's counsel agreed to allow Snap-on Equipment until and including July 30, 2010 for Snap-on to file its responsive pleadings to Plaintiff's Petition.

4. On Friday, July 23, 2010, Snap-On Equipment removed this matter from Saline County to this Court.

5. Snap-on Equipment, Inc. now requests this Court grant an extension until and including July 30, 2010 in which to file responsive pleadings to Plaintiff's Petition.

2713268.1

WHEREFORE, for the above stated reasons Snap-on Equipment, Inc. requests this Court issue an Order granting Snap-on Equipment, Inc. until and including July 30, 2010 in which to file responsive pleadings to Plaintiff's Petition.  Snap-on Equipment, Inc. further requests all other relief to which it is justly entitled.

    Respectfully submitted,

    POLSINELLI SHUGHART PC

    By:_____s/ Jay E. Heidrick_____
       GREG L. MUSIL          KS #13398
       JAY E. HEIDRICK         KS #20770
       6201 College Boulevard, Suite 500
       Overland Park, KS  66211
       (913) 451-8788
       Fax No. (913) 451-6205
       gmusil@polsinelli.com
       jheidrick@polsinelli.com

    ATTORNEYS FOR DEFENDANT
    SNAP-ON EQUIPMENT, INC.

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on July 26, 2010 he filed the foregoing with the ECF system which automatically sent a copy via email to:

Terry D. Criss, Esq.
Hampton & Royce, L.C.
119 W. Iron, Ninth Floor
P.O. Box 1247
Salina, Kansas 67402-1247
ATTORNEYS FOR PLAINTIFF

    _____s/ Jay E. Heidrick_____

2713268.1