## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| Steve Streit d/b/a S & S Motors )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>Snap-on Equipment, Inc. )<br>)<br>Defendant. ) | Case No. 5:10cv004086-KHV-DJW |

### DEFENDANT SNAP-ON EQUIPMENT, INC.'S
### MOTION TO DISMISS FOR IMROPER VENUE

Defendant Snap-on Equipment, Inc., pursuant to Rule 12(b)(3), files this Motion to Dismiss for Improper Venue. In support of this motion Snap-on Equipment states as follows:

1. The Plaintiff originally filed this action in the District Court of Saline County, Kansas and Defendant Snap-on Equipment, Inc. removed it to this Court on July 23, 2010.

2. Plaintiff seeks damages for an alleged breach of contract and alleged violation of the Kansas Consumer Protection Act related to the sale and installation of a vehicle wheel alignment system.

3. The contract at issue contains a forum selection clause which requires any lawsuit regarding the contract or transaction to be brought in Wisconsin state court. Forum selection clauses are prima facie valid unless they are deemed unreasonable.

4. The forum selection clause is mandatory in that it prohibits the Plaintiff from filing in any jurisdiction other than the State of Wisconsin. The clause is reasonable because Wisconsin is where the contract was formed and is the location of Snap-on Equipment, Inc.'s corporate headquarters.

2716978.1

5.      Because venue is improper, the Court should dismiss this action without prejudice pursuant to Rule 12(b)(3) of the Federal Rules of Civil Procedure.

6.      Defendant Snap-on Equipment, Inc. is contemporaneously filing a brief in support of this motion and incorporates by reference all arguments made therein.

WHEREFORE, for the above stated reasons Defendant Snap-on Equipment, Inc. requests the Court dismiss this action without prejudice pursuant to Rule 12(b)(3) and award Snap-on Equipment, Inc. all other relief to which it is justly entitled.

Respectfully submitted,

POLSINELLI SHUGHART PC

By:_____s/ Jay E. Heidrick_____
GREG L. MUSIL                    KS #13398
JAY E. HEIDRICK                  KS #20770
6201 College Boulevard, Suite 500
Overland Park, KS  66211
(913) 451-8788
Fax No. (913) 451-6205
gmusil@polsinelli.com
jheidrick@polsinelli.com

ATTORNEYS FOR DEFENDANT
SNAP-ON EQUIPMENT, INC.

2716978.1

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on July 30, 2010 he filed the foregoing with the ECF system which automatically sent a copy via email to:

Terry D. Criss, Esq.
Hampton & Royce, L.C.
119 W. Iron, Ninth Floor
P.O. Box 1247
Salina, Kansas 67402-1247
ATTORNEYS FOR PLAINTIFF

                                                        s/ Jay E. Heidrick

2716978.1