IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| STEVE STREIT ) | |
| D/B/A S & S MOTORS, ) | |
| ) | |
| PLAINTIFF, ) | |
| ) | Case No. 5:10-CV-004086-KHV-DJW |
| vs. ) | |
| ) | |
| SNAP-ON EQUIPMENT, INC., ) | |
| ) | |
| Defendant. ) | |

**AGREED MOTION TO
CONTINUE SCHEDULING CONFERENCE**

Plaintiff Steve Streit and Defendant Snap-On Equipment, Inc. jointly move the Court for a continuance of the scheduling conference and associated deadlines. In support of this Motion, the parties state as follows:

1. On October 1, 2010, the Court entered an Order setting a scheduling conference for November 17, 2010 at 11:00 a.m. *See* Doc. No. 12.

2. The Order also required the parties to conduct a meet and confer conference pursuant to Rule 26(f), no later than November 3, 2010 and to submit a Report of Parties' Planning Conference no later than November 10, 2010. *See* Doc. No. 12.

3. The parties have been actively engaged in settlement discussions over the past two weeks. Rather than incur the time and expense involved with preparing and submitting a Report of Parties' Planning Conference, the parties request an additional 30 days to allow settlement discussions to continue and to see if the matter can be resolved.

4. The parties therefore request that the Court continue the scheduling conference, and extend the deadlines for the Rule 26(f) meet and confer, and submission of the Report of Parties' Planning Conference for a period of 30 days.

2761016.1

WHEREFORE the above-stated reasons, the parties jointly request this Court continue the scheduling conference, and extend the deadline to complete Rule 26(f) meet and confer, and submission of the Report of Parties' Planning Conference for a period of not less than 30 days. The parties further request all other relief to which they are justly entitled.

Respectfully submitted,

/s/ Terry D. Criss
TERRY D. CRISS                           KS #13167
HAMPTON & ROYCE, L.C.
119 W. Iron, Ninth Floor
P.O. Box 1247
Salina, Kansas 67402-1247
(785) 827-7251
Fax No. (785) 827-2815
criss@hamptonlaw.com

ATTORNEYS FOR PLAINTIFF


 /s/ Jay E. Heidrick
GREG L. MUSIL                            KS #13398
JAY E. HEIDRICK                          KS #20770
POLSINELLI SHUGHART PC
6201 College Boulevard, Suite 500
Overland Park, KS  66211
(913) 451-8788
Fax No. (913) 451-6205
gmusil@polsinelli.com
jheidrick@polsinelli.com

ATTORNEYS FOR DEFENDANT
SNAP-ON EQUIPMENT, INC.

2761016.1