AO 450 (Rev. 01/09) Judgment in a Civil Action

# UNITED STATES DISTRICT COURT
for the
## District of Kansas

| | |
|---|---|
| Steve Streit d/b/a S&S Motors ) | |
| *Plaintiff* ) | |
| v. ) | Civil Action No. 10-4086-KHV-DJW |
| Snap On Equipment, Inc. ) | |
| ) | |
| *Defendant* | |

**JUDGMENT IN A CIVIL ACTION**

The court has ordered that *(check one)*:

☐ the plaintiff *(name)* _____ recover from the defendant *(name)* _____ the amount of _____ dollars ($ _____ ), which includes prejudgment interest at the rate of _____ %, plus post judgment interest at the rate of _____ %, along with costs.

☐ the plaintiff recover nothing, the action be dismissed on the merits, and the defendant *(name)* _____ recover costs from the plaintiff *(name)* _____

☑ other: Defendant's motion to dismiss document #8 is sustained and all claims against defendant Snap On Equipment, Inc. is dismissed without prejudice.

This action was *(check one)*:

☐ tried by a jury with _____ presiding, and the jury has rendered a verdict.

☐ tried by _____ without a jury and the above decision was reached.

☑ decided by Chief U. S. District Judge Kathryn H. Vratil on a motion for for dismissal for improper venue (document #8). See Memorandum and Order #15 for details.

Date: 12/7/2010

*TIMOTHY M. O'BRIEN*
*CLERK OF COURT*

s/Mike Mort
*Signature of Clerk or Deputy Clerk*